# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA  _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:19-mj-00966-VCF |
|  | ) | |
| ERIC TYLER STIEGELMEYER | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 01/02/2020 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Dec 30, 2019

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
_____
*Printed name and title*

