# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:19-mj-00966-VCF |
| ) | |
| ERIC STIEGELMEYER ) | Charging District: Southern District of California |
| *Defendant* ) | Charging District's Case No. 19MJ5156 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Southern District of California AS ORDERED | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: 01/15/2020 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jan 3, 2020

*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*

___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY